## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**ANN MARIE MACCARONE,**
    **Plaintiff,**

    v.                                         C.A. No. 20-259 JJM

**SIEMENS INDUSTRY, INC.,**
    **Defendant.**

## **JUDGMENT**

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant pursuant to the Order entered by this Court on February 6th, 2025.

                                                                    Enter:

                                                                    /s/ Ryan H. Jackson

                                                                    Deputy Clerk

Dated: February 6, 2025