UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| ANN MARIE MACCARONE, Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No. 20-cv-259-JJM-AEM |
| SIEMENS INDUSTRY, INC., Defendant. | ) ) ) ) | |

ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (ECF No. 77) ("R&R") concerning two Motions from Plaintiff Ann Marie Maccarone: Plaintiff's Motion for Relief from Judgment (ECF No. 71) and Plaintiff's Amended Motion for Relief from Judgment Entered February 6, 2025 Pursuant to Rule 60(b)(3), 60(b)(6), and 60(d)(3) (ECF No. 75).

The Court has reviewed the two Motions and the R&R, and held a hearing on the objection to the R&R. The Court accepts the R&R as written for the reasons stated in the R&R and DENIES both Motions.

The Magistrate Judge stated it best in her conclusion, which the Court adopts:

> While the Court does not minimize Ms. Maccarone's concerns regarding her former counsel's conduct, those concerns are not properly resolved through a motion for relief from judgment in this case. The attorney is not a party and the alleged misconduct does not supply a basis for setting aside the judgment against the opposing party. On the record presented in Ms. Maccarone's initial and amended motion for relief from judgment, and for the reasons explained above, Plaintiff has not shown a basis for that relief.

ECF No. 77 at 6.

Simply put, any justiciable issue raised by Ms. Maccarone in these two Motions would have to be brought as a separate action against her former attorney. Nothing in the record would cause the Court to reconsider its Judgment against Ms. Maccarone and for this Defendant.

Thus, the Court ACCEPTS the R&R (ECF No. 77) and DENIES Plaintiff's Motion for Relief from Judgment (ECF No. 71) and Plaintiff's Amended Motion for Relief from Judgment Entered February 6, 2025 Pursuant to Rule 60(b)(3), 60(b)(6), and 60(d)(3) (ECF No. 75).

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
John J. McConnell, Jr.
Chief United States District Judge

August 3, 2026